Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARDEANA Q. ELLIS

    Plaintiff,

v.

SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,

    Defendant.

Case No. C07-5302RJB

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**

Noted for Hearing:
June 6, 2008

**ORDER**

This matter came before the Court on the motion of defendant SmithKline Beecham Corp., d/b/a GlaxoSmithKline for Leave to File an Overlength Motion for Summary Judgment noted for hearing on June 6, 2008.

Having considered the papers filed in support of the Motion, the Court hereby GRANTS Defendant's Motion. Defendant SmithKline Beecham Corp., d/b/a GlaxoSmithKline shall be permitted to file a Motion for Summary Judgment not to exceed forty (40) pages in length.

**IT IS SO ORDERED.**

DATED: June 6, 2008.

/s/ROBERT J. BRYAN
Honorable Robert J. Bryan
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 1

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-6163
fax (206) 382-6168

Presented by:

PHILLIPS LAW GROUP, PLLC

By: /s/
    John W. Phillips, WSBA #12185
    Matthew Geyman, WSBA #17544

Attorneys for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 2

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-6163
fax (206) 382-6168

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system and caused it to be electronically served on *pro se* plaintiff as follows:

Ardeana Q. Ellis
1431 Edward Avenue
Fircrest, WA  98466
ellisaq@yahoo.com

By:  /s/ John W. Phillips

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 3

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168