The Honorable Robert J. Bryan



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARDEANA Q. ELLIS, <br><br> Plaintiff, <br><br> v. <br><br> SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE <br><br> Defendant. | Case No. C07-5302RJB <br><br> [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON JULY 14, 2008 <br><br> NOTED FOR HEARING: July 9, 2008 |

THIS MATTER comes before the Court on the motion of Defendant SmithKline Beecham Corp., d/b/a GlaxoSmithKline, for leave to file its Reply in Support of Motion for Summary Judgment on Monday, July 14, 2008.

Defendant's Motion for Leave is hereby GRANTED. Defendant's shall file its Reply in Support of Motion for Summary Judgment on Monday, July 14, 2008.

DATED: __9 July 08__ 2008.

Honorable Robert J. Bryan
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
ON JULY 14, 2008 (C07-5302RJB) - 1

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-6163
fax (206) 382-6168

1  Presented by:

2  PHILLIPS LAW GROUP, PLLC

3

4  By: /s/
       John W. Phillips, WSBA #12185
       Matthew Geyman, WSBA #17544
5

6  Attorneys for Defendant SmithKline Beecham
   Corporation d/b/a GlaxoSmithKline
7

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
ON JULY 14, 2008 (C07-5302RJB) - 2

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-6163
fax (206) 382-6168

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2008, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system and caused it to be electronically served on *pro se* plaintiff as follows:

Ardeana Q. Ellis
1431 Edward Avenue
Fircrest, WA 98466
ellisaq@yahoo.com

By: /s/ John W. Phillips

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
ON JULY 14, 2008 (C07-5302RJB) - 3

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-6163
fax (206) 382-6168